IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STANCIA ROSA-PHILLIPS | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 23-84 |
| | : | |
| U.S. DEPARTMENT OF LABOR OWCP/DFEC | : : | |

# ORDER

**AND NOW**, this 7th day of June 2023, upon considering defendant's motion to vacate state court order and dismiss the petition (DI 2), plaintiff's opposition (DI 6), defendant's reply (DI 7), defendant's notice of supplemental authority (DI 9), following oral argument on May 30, 2023, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's motion to vacate state court order and dismiss the petition (DI 2) is **DENIED as moot**;

2. We **dismiss** the case for lack of subject-matter jurisdiction; and,

3. The Clerk of Court shall **close** this case.

_____
MURPHY, J.